1018

No. 98–9837. FAULDER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUNE 21, 1999

No. 98–1664. ARKANSAS ET AL. *v.* UNITED STATES EX REL. RODGERS ET AL. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

No. 97–1988. REOGAS ET AL. *v.* GRAY ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Faragher* v. *Boca Raton,* 524 U. S. 775 (1998), and 11 U. S. C. §362. JUSTICE SCALIA would grant the petition for writ of certiorari and vacate the judgment below. Costs under this Court's Rule 43.2 are not allowed.

No. 98–1332. BABBITT, SECRETARY OF THE INTERIOR *v.* CRAWFORD. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *West* v. *Gibson, ante,* p. 212.

No. 98–6678. LEMONS *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lilly* v. *Virginia, ante,* p. 116.

No. 98–8363. SMITH *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case